IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DAVID O. PETERSON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:10-CV-00365-Y |
| | § | ECF |
| **BELL HELICOPTER TEXTRON, INCORPORATED,** | § | |
| | § | |
| | § | |
| Defendant | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO WAIVE FACE-TO-FACE REQUIREMENT FOR SETTLEMENT DISCUSSION**

TO THE HONORABLE JUDGE TERRY R. MEANS:

Plaintiff David Peterson files this Unopposed Motion to Waive Face-to-Face Requirement for Settlement Discussion and, in support, respectfully states as follows.

1. Paragraph 16 of the Court's June 19, 2012 Order directs the parties to meet <u>in person</u> to discuss settlement of this case by or before April 1, 2013. *See* Doc. 57 ¶ 16 (emphasis in original).

2. Peterson's current employment requires extensive international travel. When he is in the United States, he resides in Delaware but spends his weekdays in Connecticut, where his current employer is located. Fortunately, Peterson is currently in the States from mid-March through the settlement discussion deadline. However, when Peterson is in the States, his work obligations and meetings schedule rarely permit him to travel outside the East Coast. Being required to travel to North Texas to fulfill the requirement to meet in person for the settlement discussion would work a hardship to Peterson both financially and in terms of the disruption to his current employment.

3. Due to the degree of hardship he would undergo to participate, in person, in a relatively short meeting, Peterson requests a waiver of the in-person requirement so that he may participate in the settlement discussion by telephone conference.

4. The parties are in the process of scheduling the Court-ordered settlement discussion for March 27, 2013, with Peterson attending telephonically.

5. Defendant Bell Helicopter Textron, Inc. does not oppose this motion.

## CONCLUSION AND PRAYER

For all the foregoing reasons, Plaintiff respectfully asks the Court to waive the requirement that he appear in person for the Court-ordered settlement discussion and grant him any further relief the Court deems just.

Dated: March 20, 2013

Respectfully submitted,

GILLESPIE, ROZEN & WATSKY, P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204
Phone: (214) 720-2009
Fax: (214) 720-2291

By /s/ *M. Jeanette Fedele*
HAL K. GILLESPIE
State Bar No. 07925500
M. JEANETTE FEDELE
State Bar No. 24040887

ATTORNEYS FOR PLAINTIFF DAVID O. PETERSON

## CERTIFICATE OF CONFERENCE

I certify that on March 20, 2013, I conferred with counsel for Defendant, Cynthia Hill, regarding the foregoing motion. Ms. Hill stated that Defendant does not oppose the motion.

/s/ *M. Jeanette Fedele*
M. Jeanette Fedele

2

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on March 20, 2013, a true and correct copy of the foregoing document was served via the Court's ECF notification system on Defendant's counsel of record.

                                        /s/ *M. Jeanette Fedele*
                                        M. Jeanette Fedele